GLOVER, Respondent, v. INTERBOROUGH RAPID TRANSIT CO., Appellant. (Supreme Court, Appellate Division, First Department. April 20, 1906.) Action by Delia Glover, as administratrix, against the Interborough Rapid Transit Company. J. F. McIntyre, for appellant. H. L. Scheuerman, for respondent. No opinion. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered to the sum of $15,714.75, in which event, judgment, as so modified, and order, affirmed, without costs. Settle order on notice.